# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

SIMEON JOEL BRIGGS, :

    Petitioner :

                                   CIVIL ACTION NO. 3:19-0713

v. :

                                      (Judge Mannion)

DAVID J. EBBERT, :

    Respondent :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's motion to proceed *in forma pauperis* (Doc.4) is **GRANTED** only for purposes of filing the petition.

2. The petition is **DEEMED** filed.

3. The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED** without prejudice to any right Petitioner may have to reassert his instant claims in a properly filed civil rights action.

4. The Clerk of Court shall **CLOSE** the above captioned case.

                                        s/ *Malachy E. Mannion*
                                        **MALACHY E. MANNION**
                                        **United States District Judge**

**Date: July 10, 2019**
19-0713-01-ORDER